UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


ERVIN DIXON and ELSA DIXON,

      Plaintiffs,

vs.                                               Case No. 17-10195

THE CITY OF ROSEVILLE, and              HON. AVERN COHN
JAMES CONNER, STEPHANIE
CONNER, DENNIS KURTA,
JUDITH KURTA,

      Defendants.
_____/

## ORDER
## DENYING "PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER TO BE ISSUED WITHOUT NOTICE PURSUANT TO FEDERAL RULE 65" (Doc. 9)
## AND
## GRANTING "PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT" (Doc. 10)

This is a civil rights case. Plaintiffs claim that defendants, the City of Roseville

and employees, have subjected them to harassment due to their race. Plaintiffs have

filed a "Motion for a Temporary Restraining Order to Be Issued Without Notice Pursuant

to Federal Rule 65" essentially seeking a restraining order to cease the alleged

harassment. (Doc. 9). Defendants oppose the motion, contending that plaintiffs have

not met the standard for a restraining order. (Doc. 12)

Plaintiffs also filed a "Motion for Leave to File First Amended Complaint" (Doc.

10). Defendants oppose the motion on the grounds amendment would be futile. (Doc.

11).

On June 5, 2017 the Court held a status conference with the parties at which it discussed the pending motions.  As stated at the conference, plaintiffs' motion for a temporary restraining order is DENIED.  <u>See</u> Fed. R. Civ. P. 65.  Plaintiffs' motion to amend is GRANTED.  <u>See</u> Fed. R. Civ. P. 15.

SO ORDERED.


<u>S/Avern Cohn</u>
 AVERN COHN
 UNITED STATES DISTRICT JUDGE

Dated: June 5, 2017
     Detroit, Michigan